UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,     )
                                   )
            Plaintiff,            )
                                   )
v.                                )     No.:  3:12-CR-49
                                 )            (VARLAN/SHIRLEY)
BEVERLY S. BEAVERS and       )
JAMES E. BEAVERS,            )
                                 )
            Defendants.      )

**<u>ORDER</u>**

This criminal case is before the Court for consideration of the Report and Recommendation, entered by United States Magistrate Judge C. Clifford Shirley, Jr., on December 13, 2012 (the "R&R") [Doc. 64]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the defendants' filings [Docs. 40, 41, 42, 47, 48, 49, 51, 52, and 57] be denied and that the government's motion to strike [Doc. 43] be denied as moot.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 64] and hereby **DENIES**

defendants' filings [Docs. 40, 41, 42, 47, 48, 49, 51, 52, and 57] and **DENIES AS MOOT**

the government's Motion to Strike [Doc. 43].

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE